UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA VANCE,<br><br>Plaintiff,<br><br>vs.<br><br>MARK T. CASE and JANE DOE CASE, husband and wife; SUTTELL & HAMMER, P.S.; SUTTELL & ASSOCIATES, P.S.; CAITLIN R. FINLEY and JOHN DOE FINLEY, wife and husband; and MALISA L. GURULE and JOHN DOE GURULE, wife and husband,<br><br>Defendants. | No. CV-10-036-LRS<br><br>ORDER GRANTING MOTION TO DISMISS JANE DOE CASE, JOHN DOE FINLEY, AND JOHN DOE GURULE |

THIS MATTER came before the Court for consideration without oral argument on January 17, 2011. After reviewing the Motion to Dismiss Jane Doe Case, John Joe Finley and John Doe Gurule, Ct. Rec. 35, IT IS HEREBY ORDERED that the Motion is granted. Defendants Jane Doe Case, John Joe Finley and John Doe Gurule are dismissed

with prejudice. The caption shall hereby be amended accordingly to reflect the dismissal of said parties.

IT IS SO ORDERED.

DATED this 18th day of January, 2011.

***s/Lonny R. Suko***

LONNY R. SUKO
Chief United States District Judge

216028