Michael D. Kinkley
Scott M. Kinkley
*Michael D. Kinkley, P.S.*
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwesetoffice.net

Heath M. Irvine
Law Offices of Heath M. Irvine
6107 N. Astor
Spokane, WA 99208
(509) 489-9500
(509) 487-1346 FAX

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA VANCE, | ) |
|     Plaintiff, | ) Case No.: CV-10-036-LRS |
| vs. | ) NOTE FOR HEARING – PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| MARK T. CASE, and JANE DOE CASE, husband and wife; SUTTELL & HAMMER, P.S., SUTTELL & ASSOCIATES, P.S., CAITLIN R. FINLEY and JOHN DOE FINLEY, wife and husband, and MALISA L. GURULE and JOHN DOE GURULE, wife and husband, | ) |
|     Defendants. | ) |

TO:   Defendants, and to your Attorney Carl Hueber of *Winston & Cashatt, P.S.*; and

TO: Clerk of the Court;

NOTE FOR HEARING – PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT  -1-

PLEASE TAKE NOTICE that the hearing on Plaintiff's Motion for Summary Judgment will be held on September 28, 2011 at 3:30 p.m. in Spokane, Washington, before the Honorable Judge Lonny R. Suko.

DATED this 9th day of August, 2011.

*Michael D. Kinkley P.S.*

/s Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net, pwittry@qwestoffice.net; |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Heath M. Irvine | heathmirvine@msn.com; |
| Carl E. Hueber | ceh@winstoncashatt.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net