Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Heath M. Irvine
Law Offices of Heath M. Irvine
6107 N. Astor
Spokane, WA 99208
(509) 489-9500
(509) 487-1346 FAX

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA VANCE,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK T. CASE, and JANE DOE CASE, husband and wife; SUTTELL & HAMMER, P.S., SUTTELL & ASSOCIATES, P.S., CAITLIN R. FINLEY and JOHN DOE FINLEY, wife and husband, and MALISA L. GURULE and JOHN DOE GURULE, wife and husband,<br><br>    Defendants. | Case No.: CV-10-036-LRS<br><br>DECLARATION OF SCOTT M. KINKLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

I, Scott M. Kinkley, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. I am one of the attorneys for the Plaintiff in this matter.

2. Attached as Exhibit "6" is a true and correct copy of the Order of Default Judgment filed June 13, 2008 in *HSBC Bank Nevada, N.A. v. Laura M. Vance*, Spokane County Superior Court Case No. 08-2-02119-4.

3. Attached as Exhibit "7" is a true and correct copy of the Writ of Garnishment filed July 16, 2008 in *HSBC Bank Nevada, N.A. v. Laura M. Vance*, Spokane County Superior Court Case No. 08-2-02119-4.

4. Attached as Exhibit "8" is a true and correct copy of the Motion and Declaration for Order for Examination and Order to Show Cause for a Judicial Subpoena signed by Caitlin Finley and filed February 23, 2009 in *HSBC Bank Nevada, N.A. v. Laura M. Vance*, Spokane County Superior Court Case No. 08-2-02119-4.

5. Attached as Exhibit "9" is a true and correct copy of the Motion and Declaration for Order for Examination and Order to Show Cause for a Judicial Subpoena signed by Malisa Gurule and filed October 13, 2009 in *HSBC Bank Nevada, N.A. v. Laura M. Vance*, Spokane County Superior Court Case No. 08-2-02119-4.

6. Attached as Exhibit "12" is a true and correct copy of the Laura M. Vance JST Notes produced by Defendant Suttell & Associates, P.S. on September 2, 2010 as Suttell 0001-0019.

DECLARATION OF SCOTT M. KINKLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT  -2-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

7. Attached as Exhibit "13" are select pages from the deposition transcript of Caitlin Finley taken September 17, 2010 in Seattle, Washington in this matter.

8. Attached as Exhibit "14" is a true and correct copy of the Order and Proceedings Supplemental to Execution and Order to Show Cause Pursuant to RCW 50.12.070 presented by Caitlin Finley and filed February 23, 2009 in *HSBC Bank Nevada, N.A. v. Laura M. Vance*, Spokane County Superior Court Case No. 08-2-02119-4.

9. Attached as Exhibit "15" is a true and correct copy of the Order and Proceedings Supplemental to Execution and Order to Show Cause presented by Malisa Gurule and filed October 13, 2009 in *HSBC Bank Nevada, N.A. v. Laura M. Vance*, Spokane County Superior Court Case No. 08-2-02119-4.

10. Attached as Exhibit "16" is a true and correct copy of excerpts of Suttell & Hammer, P.S.'s Answers to Plaintiff's First Set of Interrogatories.

11. Attached as Exhibit "17" are select pages from the deposition transcript of Malisa Gurule taken September 17, 2010 in Seattle, Washington in this matter.

12. Attached as Exhibit "18" are select pages from the 30(b)(6) deposition transcript of Suttell & Hammer, P.S. taken September 16, 2010 in Seattle, Washington in this matter.

DECLARATION OF SCOTT M. KINKLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT  -3-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

1 | Dated this the 9th day of August, 2011.

*Michael D. Kinkley P.S.*

/s Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff

DECLARATION OF SCOTT M. KINKLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT  -4-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Heath M. Irvine | heathmirvine@msn.com; |
| Carl E. Hueber | ceh@winstoncashatt.com |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
skinkley@qwestoffice.net

DECLARATION OF SCOTT M. KINKLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT  -5-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611