07/22/2010  10:30AM                                                                                            Page  1

**SUTTELL & HAMMER, P.S.**
Bellevue, WA 98004
1450 114th Ave SE Suite 240 (Conifer Building)
T: (425) 455-8220
f: (425) 454-7884

| | | | |
|---|---|---|---|
| Client: | C0293102 - HSBC BANK NEVADA, N.A. | Status: | 521 |
| Receiving Atty: | | Type: | |
| Sort Order: | None | Responsible Atty/Collector: | WILLIAM G SUTTELL |

| | | | |
|---|---|---|---|
| Account Number: | 143664 | Other Account Number: | |
| Network ID: | N00000021487113 | Original Creditor: | |

### Debtor 001

| | | | |
|---|---|---|---|
| Name.......................... | LAURA M VANCE | Relationship........... | Primary |
| Alias........................... | | DOB........................ | 03/29/1971 |
| Address 1.................. | 628 E OLYMPIC AVE | SSN........................ | |
| Address 2.................. | | Phone 1.................... | |
| City, State & Zip.... | SPOKANE, WA 99207-3340 | Phone 2.................... | |
| County...................... | SPOKANE | Fax........................... | |
| Salutation.................. | | EMail....................... | |
| Invalid Address....... | False | Cell Phone.................. | |
| Driver's License #..... | | Memo........................ | |

------------------Bankruptcy Information------------------

| | | |
|---|---|---|
| Court Name.................. | | Court File Date............ |
| Court File Number....... | | Bankruptcy Status......... |
| Bankruptcy Type.......... | | |

------------------Bank Information------------------

| | | |
|---|---|---|
| Name.......................... | | Phone 1..................... |
| Name2........................ | | Phone 2.................... |
| Address 1.................. | | Fax........................... |
| Address 2.................. | | Checking Account..... |
| City, State & Zip..... | , | Savings Account......... |
| County....................... | | |
| Contact....................... | | |

------------------Employment Information------------------

| | | | |
|---|---|---|---|
| Name.......................... | | Hire Date.................. | |
| Name2........................ | | Ending Date............. | |
| Address 1.................. | | Salary....................... | 0.00 |
| Address 2.................. | | Salary Frequency...... | |
| City, State & Zip...... | , | | |
| County....................... | | | |
| Phone ........................ | | | |
| Fax............................ | | | |
| Contact...................... | | | |


EXHIBIT 12

Suttell 0001

-28-

| Client: | C0293102 - HSBC BANK NEVADA, N.A. | Status: 521 |
|---|---|---|
| Receiving Atty: | | Type: |
| Sort Order: | None | Responsible Atty/Collector: WILLIAM G SUTTELL |

## User Fields

**Account**    000
               NAN Subcode    RMS
               NAN Client       C0293102
               Credit Grantor   HSBC BANK NEVADA, N.A

| Client: | C0293102 - HSBC BANK NEVADA, N.A. | | Status: 521 | | |
| Receiving Atty: | | | Type: | | |
| Sort Order: | None | | Responsible Atty/Collector: WILLIAM G SUTTELL | | |

| | | | | |
|---|---|---|---|---|
| 143664.001 | 07/30/08 4:31p | Stat Chng From: 470-GARNISHMENT ISSUED - To: 469-GARNISHMENT SERVED | KAF | 07/30/2008 |
| 143664.001 | 07/30/08 4:31p | Status Date Was: 07/03/2008 | KAF | 07/30/2008 |
| 143664.001 | 08/04/08 3:16p | d says poe is inactive and she is not employed there any longer. husband is cashing out pension and they will pif at that time. don't have exact date. wcb to follow up | MSC | 08/04/2008 |
| 143664. | 08/05/08 10:15a | [NAN-210]Debtor Called In No Result - TrxUploaded=08/05/2008 18:05:30 | MSC | 08/05/2008 |
| 143664.001 | 08/05/08 10:16a | d says it will be about 7-10 biz days for paperwork to go thru for d's husband to cash out pension and pay us. wcb | MSC | 08/05/2008 |
| 143664.001 | 08/07/08 5:11p | Rec'd EXC from D - Husband rec's unemployment compensation. | TJM | 08/07/2008 |
| 143664. | 08/14/08 11:16a | [NAN-210]Debtor Called In No Result - TrxUploaded=08/14/2008 18:05:56 | MSC | 08/14/2008 |
| 143664.001 | 08/14/08 11:16a | tt d, says will have funds to pif on 8/15 | MSC | 08/14/2008 |
| 143664. | 08/20/08 11:08a | [NAN-210]Debtor Called In No Result - TrxUploaded=08/20/2008 16:24:47 | MSC | 08/20/2008 |
| 143664.001 | 08/20/08 11:08a | tt d's husband, sending cashiers ck f/ pif today | MSC | 08/20/2008 |

Suttell 0011

| Client: | C0293102 - HSBC BANK NEVADA, N.A. | Status: 521 |
| Receiving Atty: | | Type: |
| Sort Order: | None | Responsible Atty/Collector: WILLIAM G SUTTELL |



| | | | | |
|---|---|---|---|---|
| 143664.001 | 09/23/08 2:27p | RCVD CALL FROM GD STATING D IS NOT EMPLOYED WITH SPOKANE IMAGING. BUT THE BUSINESS NAME IS EMPIRE HEALTH SERVICES 5094734935 | KAF | 09/23/2008 |
| 143664. | 10/21/08 1:59p | [NAN-210]Debtor Called In No Result - Comment=tt d's husband. claims atty paid us off. told him to have his atty provide proof - TrxUploaded=10/21/2008 16:08:44 | MSC | 10/21/2008 |
| | | Phone Number 1 Was: 9994896167 | MSC | 10/21/2008 |
| 143664.001 | 12/08/08 5:05p | tt d's husband, says he paid us off w/ cashier's ck, i told him we did not rec'v pif and if he had any other questions or comments he would need to direct correspondence thru the palmer firm | MSC | 12/08/2008 |
| 143664.001 | 12/08/08 5:07p | JKS - do we have any unidentified checks that come close to this balance? $3769.78 - EmailedOn=12/08/2008 by MSC | MSC | 12/08/2008 |
| 143664. | 12/08/08 5:09p | [NAN-210]Debtor Called In No Result - Comment= - TrxUploaded=12/09/2008 16:13:17 | MSC | 12/08/2008 |
| 143664.001 | 12/08/08 5:12p | jeff - is there any way you can provide copies of pymts received? - EmailedOn=12/08/2008 by MSC | MSC | 12/08/2008 |

| Client: | C0293102 - HSBC BANK NEVADA, N.A. | | Status: 521 | | |
|---|---|---|---|---|---|
| Receiving Atty: | | | Type: | | |
| Sort Order: | None | | Responsible Atty/Collector: WILLIAM G SUTTELL | | |
| 143664.001 | 12/08/08 5:40p | Rec'd call from D, says that he PIF'd w/ cashier's check. Said he had copy of check and is faxing to us. D said he would call bank to see if check was cashed and where. Will have check re-issued by bank if not cashed. Advised D we have no receipt of payment | MTC | 12/08/2008 |
| 143664. | 12/08/08 5:41p | Action: 12/18/2008 12:00 AM RN READ NOTES D get SIF check re-issued? contact w/ D? copy of check provided? BG if nothing - AssignedTo:MTC Court:SPOKAN Cancelled CM-Completion: 01/14/2009 12:16 P By: MTC | MTC | 12/18/2008 |
| 143664.001 | 12/09/08 7:49a | no - - Jamie Sobran - - Legal Assistant - - Suttell & Associates, P.P.S. | MSC | 12/09/2008 |
| 143664.001 | 12/09/08 7:50a | Hi Melissa, - - Please review the procedures on page 25 for sales slips. - - Thanks, - - Jeffrey B. Davis - Client Services - TSYS Debt Management - National Attorney Network Division | MSC | 12/09/2008 |
| | | | MTC | 01/14/2009 |
| | | | MTC | 01/14/2009 |
| 143664.001 | 01/14/09 12:17p | Stat Chng From: 007-6 MONTH RE-SKIP - To: 159-Requesting Debtor Exam | MTC | 01/28/2009 |
| 143664. | 01/14/09 12:18p | Action: 01/28/2009 12:00 AM DS Debtor exam w/ subpoena AssignedTo:KCH Court:SPOKAN Cancelled CM-Completion: 02/06/2009 03:07 P By: KCH | | |
| 143664. | 01/14/09 5:16p | Nan Code TCK Uploaded For Stat Chng: 007 | MAM | 01/14/2009 |
| 143664. | 02/06/09 3:07p | Action: 04/02/2009 01:30 PM SP SUPP PROCEEDINGS DE WITH SUBPOENA - AssignedTo:WGS Court:SPOKAN Cancelled CM-Completion: 03/30/2009 10:13 A By: JMW | KCH | 04/02/2009 |
| | | EXAMINATION OF D PLANNED | | |
| 143664.001 | 02/06/09 3:08p | Status Date Was: 01/14/2009 | KCH | 02/06/2009 |
| 143664. | 02/06/09 3:08p | DESUBPOENA_2ND PP Document Printed. | KCH | 02/06/2009 |
| 143664. | 02/06/09 3:08p | [NAN-SUP]Supplementary Proceeding Filed - Case#=08-2-02119-4 - Desc of Proceeding= - TrxUploaded=02/06/2009 16:54:21 | KCH | 02/06/2009 |
| 143664.001 | 02/06/09 3:09p | SUPPLEMENTAL PROCEEDINGS FILED | KCH | 02/06/2009 |
| 143664.001 | 02/23/09 11:32a | Cost $40.00 EX:Exparte Fee FundedBy:Debtor Payment Receipts  RemitRpt:03/18/2009 [poj] T#1726522 | JMC | 02/09/2009 |
| 143664. | 02/27/09 8:57a | ABCDS Document Printed. | KCH | 02/27/2009 |
| 143664. | 02/27/09 8:57a | DESUB_AGREED2ND PP Document Printed. | KCH | 02/27/2009 |

| Client: | C0293102 - HSBC BANK NEVADA, N.A. | | Status: 521 | | |
|---|---|---|---|---|---|
| Receiving Atty: | | | Type: | | |
| Sort Order: | None | | Responsible Atty/Collector: WILLIAM G SUTTELL | | |

| | | | | | |
|---|---|---|---|---|---|
| 143664. | 06/04/09 11:22a | Action: 06/04/2009 12:00 AM DS Debtor exam w/ subpoena ABODE SERVE – AssignedTo:JMW Court:SPOKAN Cancelled CM-Completion: 09/23/2009 04:26 P By: MLS | | RML | 06/04/2009 |
| 143664. | 09/23/09 4:26p | DESUBPOENA_2ND PP Document Printed. | | MLS | 09/23/2009 |
| 143664. | 09/23/09 4:26p | [NAN-SUP]Supplementary Proceeding Filed - Case#=08-2-02119-4 - Desc of Proceeding=- TrxUploaded=09/23/2009 17:25:44 | | MLS | 09/23/2009 |
| 143664.001 | 09/23/09 4:26p | Stat Chng From: 159-Requesting Debtor Exam - To: 160-EX EXAMINATION OF D PLANNED | | MLS | 09/23/2009 |
| 143664.001 | 09/23/09 4:26p | Status Date Was: 06/04/2009 | | MLS | 09/23/2009 |
| 143664. | 09/23/09 4:26p | Action: 11/12/2009 01:30 PM SP SUPP PROCEEDINGS DE WITH SUBPOENA - SUP PRO SERVED - AssignedTo:WGS Court:SPOKAN Cancelled CM-Completion: 11/10/2009 10:50 A By: MZR | | MLS | 11/12/2009 |

Suttell 0014

| Client: | C0293102 - HSBC BANK NEVADA, N.A. | Status: 521 |
|---|---|---|
| Receiving Atty: | | Type: |
| Sort Order: | None | Responsible Atty/Collector: WILLIAM G SUTTELL |

| File | Date/Time | Note | User | Date |
|---|---|---|---|---|
| 143664.001 | 10/20/09 2:53p | Liz- @ Quicken Loans called requesting payoff, advised we needed authorization to send payoff | MTC | 10/20/2009 |
| 143664.001 | 10/22/09 6:36p | Rec'd authorization from D for broker to send payoff | MTC | 10/22/2009 |
| 143664. | 10/22/09 6:38p | PAYOFF Document Printed. | MTC | 10/22/2009 |
| 143664. | 10/22/09 6:38p | Flash2 Was: All to MTC | MTC | 10/22/2009 |
| 143664. | 11/10/09 10:50a | Action: 11/10/2009 12:00 AM PD Locate post judgment debtor AssignedTo:COL Court:SPOKAN Cancelled CM-Completion: 11/10/2009 03:31 P By: MZR | MZR | 11/10/2009 |
| 143664. | 11/10/09 3:32p | Action: 11/12/2009 01:30 PM SP SUPP PROCEEDINGS DE WITH SUBPOENA - SUP PRO SERED - AssignedTo:WGS Court:SPOKAN Cancelled CM-Completion: 11/16/2009 11:15 A By: MTC | MZR | 11/12/2009 |
| 143664.001 | 11/14/09 11:04a | Cost $69.50 PSF:Process Service FundedBy:Firm Oper Acct "Debtor: 001" [poj] T#2113295 | NJU | 11/14/2009 |
| 143664. | 11/14/09 11:04a | Process Server: ABC2 Process Server Debtor: 001: VANCE/LAURA M Claim: 001: 5440455003320507 Comments: Served on JOHN DOE- REFUSED NAME HUSBAND/CO-RESIDENT  A white male approx. 5'6'-5'8' in height weigh | NJU | 11/14/2009 |
| 143664. | 11/16/09 11:01a | Michael Kinkley (DAT002) added. | MTC | 11/16/2009 |
| 143664.001 | 11/16/09 11:15a | Stat Chng From: 160-EX EXAMINATION OF D PLANNED - To: 417-HC-HOLDING FOR CLIENT | MTC | 11/16/2009 |
| 143664.001 | 11/16/09 11:15a | Status Date Was: 09/23/2009 | MTC | 11/16/2009 |
| 143664. | 11/16/09 11:15a | Action: 11/23/2009 12:00 AM CD COURT DATE Special Set SP 11/18- Kinkley - AssignedTo:WGS Court:SPOKAN Cancelled CM-Completion: 12/08/2009 01:51 P By: MTC | MTC | 11/23/2009 |
| 143664. | 11/16/09 11:16a | Action: 11/18/2009 12:00 AM CD COURT DATE Special Set SP- Judge Plese 1:30pm (509) 477-4709 - - AssignedTo:WGS Court:SPOKAN Cancelled CM-Completion: 12/08/2009 01:51 P By: MTC | MTC | 11/18/2009 |
| 143664.001 | 11/16/09 12:51p | PER MTC, PREPPED LETTER TO ATTORNEY RE: SUPPLEMENTAL PROCEEDING | DFK | 11/16/2009 |

Suttell 0015

-34-

| Client: | C0293102 - HSBC BANK NEVADA, N.A. | | Status: 521 | | |
| --- | --- | --- | --- | --- | --- |
| Receiving Atty: | | | Type: | | |
| Sort Order: | None | | Responsible Atty/Collector: WILLIAM G SUTTELL | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 143664.001 | 11/17/09 11:16a | checked NAN.NET, no pmt posted | NJU | 11/17/2009 |
| 143664. | 11/17/09 1:22p | Flash2 Was: Notify MTC of payment | MTC | 11/17/2009 |
| 143664. | 11/17/09 1:22p | Image added with a description of: Letter to Atty | MTC | 11/17/2009 |
| 143664. | 11/18/09 12:34p | Image added with a description of: Special Set Hearing ] | DWK | 11/18/2009 |
| 143664. | 11/18/09 6:32p | Image added with a description of: Memo from D atty and Check Copy | MTC | 11/18/2009 |
| 143664.001 | 11/19/09 11:19a | MER, please call court and tell them that SP is stricken - EmailedOn=11/19/2009 by ILH | ILH | 11/19/2009 |
| 143664.001 | 11/19/09 11:20a | jks, the check that was applied to account 150897 should have been applied to this account.  - Please re-apply it. - EmailedOn=11/19/2009 by ILH | ILH | 11/19/2009 |
| 143664.001 | 11/19/09 11:21a | Liz, please prep full sat immediately, give to MTC to sign. - EmailedOn=11/19/2009 by ILH | ILH | 11/19/2009 |
| 143664. | 11/19/09 11:22a | FULLSAT TTH PP Document Printed. | EAH | 11/19/2009 |
| 143664.001 | 11/19/09 11:25a | Int $66.19 From:06/13/2008 Thru:08/26/2008 [poj] T#2119875 | JKS | 08/26/2008 |
| 143664.001 | 11/19/09 11:25a | Last Int. Update Was: 06/13/2008 | JKS | 11/19/2009 |
| 143664.001 | 11/19/09 11:25a | Last Payment Was: 05/19/2007 | JKS | 11/19/2009 |
| 143664.001 | 11/19/09 11:25a | PMT $3610.57 Cashiers Check [Settlement] Paid by:LAURA M VANCE. Debtor:001.  [Prin:-2475.38] [Int:-66.19] [Fees:-487.90] [Costs:-581.10] [DueFirm:666.48] [DueClient:2944.09]  ReleaseOn:11/19/2009 [poj] T#2119876 | JKS | 08/26/2008 |
| 143664. | 11/19/09 11:25a | Action: 12/10/2009 12:00 AM  CF  CLOSE FILE sif - AssignedTo:WGS Court:SPOKAN Advanced AD-Advance: 01/26/2010 03:19 P  By: TZH | JKS | 12/10/2009 |
| 143664. | 11/19/09 11:25a | [NAN-5H0*80]Settlement - TrxUploaded=11/19/2009 16:44:30 | JKS | 11/19/2009 |
| 143664.001 | 11/19/09 11:28a | CALLED COURT AND LEFT MESSAGED STRIKING AS REQUESTED BY ILH | MZR | 11/19/2009 |
| 143664. | 11/19/09 11:30a | Image added with a description of: Full Satisfaction of Judgment | DWK | 11/19/2009 |

Suttell 0016

| Client: | C0293102 - HSBC BANK NEVADA, N.A. | | Status: 521 | | |
|---|---|---|---|---|---|
| Receiving Atty: | | | Type: | | |
| Sort Order: | None | | Responsible Atty/Collector: WILLIAM G SUTTELL | | |
| 143664. | 11/19/09 11:30a | FULLSATCOVERLTR Document Printed. | | EAH | 11/19/2009 |
| 143664.001 | 11/19/09 1:10p | tried WGS on batphone | | ILH | 11/19/2009 |
| 143664. | 11/19/09 3:14p | PLEADING FORM WASH Document Printed. | | DFK | 11/19/2009 |
| 143664.001 | 11/19/09 3:57p | PER MTC, PREPPED REPLY RE: TERMS AND DECLARATION OF MTC IN SUPPORT | | DFK | 11/19/2009 |
| 143664. | 11/19/09 4:06p | DEC MAIL PP Document Printed. | | DFK | 11/19/2009 |
| 143664. | 11/19/09 4:08p | CLK LTR DFK NJ Document Printed. | | DFK | 11/19/2009 |
| 143664. | 11/19/09 4:43p | Image Imported with a description of: Reply Re: Terms & Dec. of MTC | | DFK | 11/19/2009 |
| 143664.001 | 11/19/09 4:43p | SENT REPLY RE: TERMS, DECLARATION OF MTC, AND DEC. MAIL TO THE COURT FOR FILING VIA UPS. SENT COPIES TO ATTORNEY VIA UPS | | DFK | 11/19/2009 |
| 143664.001 | 11/20/09 7:28a | i em'd jeff to see if i could get bank info f/ payments made to client. i was going to use it to bg - d. they we're not paid off. - EmailedOn=11/20/2009 by MSC | | MSC | 11/20/2009 |
| 143664.001 | 11/23/09 11:38a | MAILED FULL SAT TO ATTORNEY | | DFK | 11/23/2009 |