UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

```
LAURA VANCE,                          )
                                      )
                Plaintiff(s),         )
                                      )
     vs.                              )   CV-10-036-LRS
                                      )
MARK T. CASE, and JANE DOE            )
CASE, husband and wife;               )
SUTTELL & HAMMER, P.S.;               )
SUTTELL & ASSOCIATES, P.S.;           )
CAITLIN R. FINLEY and JOHN DOE        )
FINLEY, wife and husband; and         )
MALISA L. GURULE and JOHN DOE         )
GURULE, wife and husband,             )
                                      )
                Defendant(s).         )
```

30(b)(6) VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

SUTTELL & HAMMER

KAREN HAMMER

9:16 A.M.

SEPTEMBER 16, 2010

1200 FOURTH AVENUE, SUITE 1820

SEATTLE, WASHINGTON

REPORTED BY: CARLA R. WALLAT, CCR 2578

EXHIBIT 18

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
1200 Fifth Avenue, Suite 1820, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

-86-

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFF:

 4          MICHAEL D. KINKLEY
            Michael D. Kinkley, P.S.
 5          4407 N. Division, Suite 914
            Spokane, WA 99207
 6          209.484.5611
            mkinkley@qwestoffice.net
 7

 8    FOR THE DEFENDANTS:

 9          CARL E. HUEBER
            Winston & Cashatt
10          601 W. Riverside, Suite 1900
            Spokane, WA 99201
11          509.838.6131
            chueber@winstoncashatt.com
12

13    ALSO PRESENT:   CAT RENY, Video Operator

14

15

16                         * * *

17    The parties are entering into agreement regarding a

18    process for claiming confidentiality.  The parties have

19    agreed to enter a protective order and certain portions

20    of this deposition will be marked confidential by

21    counsel.

22                         * * *

23

24

25
```

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
1200 Fifth Avenue, Suite 1820, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

-87-

I N D E X

| | EXAMINATION BY: | PAGE(S) |
|---|---|---|
| | MR. KINKLEY | 5 |

| EXHIBITS FOR IDENTIFICATION | | MARKED/IDENTIFIED |
|---|---|---|
| A | Amended 30(b)(6) Notice of Deposition - Defendant Suttell & Hammer, P.S. | 4 |
| 1 | Email from Laugen to Wilkinson, 11/10/2009, Bates Suttell 46-47 | 16 |
| 2 | Email from Laugen to Wilkinson, 11/10/2009, Bates Suttell 48-49 | |
| 4 | Declaration of Mark T. Case | 58 |
| 100 | Motion and Declaration for Order for Examination and Order to Show Cause for a Judicial Subpoena signed by Caitlin Finley | 74 |
| 101 | Motion and Declaration for Order for Examination and Order to Show Cause for a Judicial Subpoena signed by Malisa L. Gurule | |
| 102 | Collection Notes, Bates Suttell 1-19 | 19 |

Yamaguchi Obien Mangio, LLC Reporting & Video * www.yomreporting.com
1200 Fifth Avenue, Suite 1820, Seattle, WA 98101 * (206) 622-6875 * 1 (800) 831-6973

-88-

1  A. It is correct.
2  Q. Okay. The statement that the judgment
3 creditor has an unsatisfied judgment balance against
4 the judgment debtor in an amount exceeding $25 is not
5 true; isn't that correct?
6  A. It was true to her knowledge, but it was not
7 true -- well, I mean, it was true to her knowledge.
8  Q. Okay.
9  A. At the time she made the declaration.
10 Q. Is it or is it -- was it or was it not true on
11 February 6, 2009 that the judgment creditor had an
12 unsatisfied judgment balance against the judgment
13 debtor in an amount exceeding $25?
14 A. I don't understand how many times I need to
15 say that we misapplied the check, and so in our system
16 it still said there was a judgment balance owing.
17 And --
18 Q. Okay. You will admit that this statement --
19         MR. HUEBER: Please let her finish her
20 answer.
21 Q. (BY MR. KINKLEY) Go ahead --
22         MR. KINKLEY: I thought she was done.
23 A. And so with the information that the declarant
24 had at the time of making the declaration, she had no
25 information otherwise.

Yamaguchi Obien Mangio Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

-89-

1    Q.   Thank you.
2         MR. KINKLEY:   And we'll pick this up on
3  September 30th.
4         THE VIDEOGRAPHER:   We are now -- done?
5         MR. KINKLEY:   Yeah, go off the record.
6         THE VIDEOGRAPHER:   We are now off the
7  record at 11:52 a.m.   This is the end of Segment 4.
8         (Deposition adjourned at 11:52 a.m.)
9         (Signature was reserved.)

Yamaguchi Obien Mangio Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

```
 1                    CORRECTION & SIGNATURE PAGE

 2     RE:    LAURA VANCE vs. MARK T. CASE
              USDC, EASTERN DISTRICT OF WA; CV-10-036-LRS
 3            KAREN HAMMER; TAKEN SEPTEMBER 16, 2010
                        REPORTED BY:  CARLA R. WALLAT
 4
              I, KAREN HAMMER, have read the within transcript
 5     taken September 16, 2010, and the same is true and
       accurate except for any changes and/or corrections, if
 6     any, as follows:

 7

 8     PAGE/LINE              CORRECTION                    REASON

 9     _____

10     _____

11     _____

12     _____

13     _____

14     _____

15     _____

16     _____

17     _____

18     _____

19     _____

20     _____

21     _____

22         Signed at _____, Washington,

23     on this date: _____.

24                   _____

25                   KAREN HAMMER
```

Yamaguchi Obien Mangio Reporting & Video * www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101 * (206) 622-6875 * 1 (800) 831-6973

-91-

|  |  |
|--|--|
| 1 | REPORTER'S CERTIFICATE |

I, CARLA R. WALLAT, the undersigned Certified Court Reporter pursuant to RCW 5.28.010 authorized to administer oaths and affirmations in and for the State of Washington, do hereby certify:

That the sworn testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were duly sworn to testify to the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability; that the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND AND DIGITAL SIGNATURE this 24th day of September, 2010.

*Carla R. Wallat*

CARLA R. WALLAT
Washington State Certified Court Reporter, #2578
cwallat@yomreporting.com

**Click Link to Verify Signature:**

**(Https://digitalid.verisign.com/services/client/index.html)**

Yamaguchi Obien Mangio, LLC, Reporting & Video * www.yomreporting.com
1200 Fifth Avenue, Suite 1820, Seattle, Washington 98101 * 206.622.6875 * 1.800.831.6973

-92-