Michael D. Kinkley
Scott M. Kinkley
Michael D. Kinkley, P.S.
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Heath M. Irvine
Law Offices of Heath M. Irvine
6107 N. Astor
Spokane, WA 99208
(509) 489-9500
(509) 487-1346 FAX

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA VANE,<br><br>Plaintiff,<br><br>vs.<br><br>MARK T. CASE, and JANE DOE CASE, husband and wife; SUTTELL & HAMMER, P.S., SUTTELL & ASSOCIATES, P.S., CAITLIN R. FINLEY and JOHN DOE FINLEY, wife and husband, and MALISA L. GURULE and JOHN DOE GURULE, wife and husband,<br><br>Defendants. | Case No.: CV-10-036-LRS<br><br>DECLARATION OF PLAINTIFF LAURA VANCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

I, Laura Vance, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. I am the Plaintiff in this matter.

2. My account with HSBC Bank Nevada N.A. was for an old defaulted credit card debt.

3. In late July 2008, I received notice that the Defendants garnished my employer.

4. After I received notice of the garnishment, my husband and I contacted Suttell & Associates for payment instructions to pay the debt in full.

5. Defendant Malisa Gurule provided my husband and me with an address and instructed us to mail a cashier's check for the full amount of the Judgment.

6. On August 20, 2008, my husband Michael M. Vance cashed out his pension and obtained a cashier's check payable to Suttell & Associates, P.S. in the amount of $3,610.57.

7. Attached as Exhibit "2" is a true and correct copy of the cashier's check mailed to Suttell & Associates, P.S.

8. On August 20, 2008, my husband and I mailed the cashier's check to Suttell & Associates, P.S. and included a copy of the Writ of Garnishment served on my employer. The envelope provided my return address.

9. On December 8, 2008, my husband called Suttell & Associates, P.S. spoke with Defendant Mark Case and told him the garnishment should be released

DECLARATION OF PLAINTIFF
LAURA VANCE IN SUPPORT OF
SUMMARY JUDGMENT -2-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611

because the Judgment was paid in full. Defendant Mark Case demanded proof.

10. Later that day, my husband faxed a copy of the cashier's check to Suttell & Associates with a handwritten remark "Attn: Mark Case".

11. Attached as Exhibit "5" is a true and correct copy of the cashier's check faxed to Suttell & Associates "Attn: Mark Case".

12. Defendant Mark Case left my husband a voicemail acknowledging that the check was applied to another account and that it should have been applied to my account.

13. On December 9, 2008, Defendant Mark Case left the following message with my husband, "Mr. Vance, Mark Case with Suttell & Associates returning your phone call, please give me a call back 425-455-8220. I'm at extension 108. If I do not answer your call, please leave your wife's first name as well because I believe that was the account this was under. We did find your payment... um, it looks like it applied to an account under your name it provided for settlement on that account but I'm not sure what happened with the other one. Again 425-455-8220 extension 108. Thank you. Bye."

14. On April 2, 2009, I appeared with my husband at the Spokane County Superior Court.

DECLARATION OF PLAINTIFF
LAURA VANCE IN SUPPORT OF

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207

15. My husband and I incurred mileage expenses and were both forced to take time off of work to appear at the April 2, 2009 hearing.

16. Defendant Mark Case appeared on behalf of HSBC at the April 2, 2009 hearing.

17. My husband and I again told Defendant Mark Case that the HSBC Judgment had been paid in full.

18. On November 12, 2009, my husband and I appeared at the Spokane County Superior Court with our attorney and requested a hearing to determine if the elements of RCW 50.12.070 were met. Defendant Mark Case objected to the hearing. The Court declined to hold a hearing on that date and continued the matter to November 18, 2009.

19. My husband and I incurred mileage expenses and were both forced to take time off of work to appear at the November 12, 2008 hearing.

20. My husband and I incurred mileage expenses and were both forced to take time off of work to appear at the November 18, 2008 hearing.

Dated this the 14th day of July, 2011.

*/s/ Laura M. Vance*
Laura Vance
Plaintiff
DECLARATION OF PLAINTIFF
LAURA VANCE IN SUPPORT OF

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207

CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Kinkley | mkinkley@qwestoffice.net, pleadings@qwestoffice.net |
| Scott M. Kinkley | skinkley@qwestoffice.net; |
| Heath M. Irvine | heathmirvine@msn.com |
| Carl E. Hueber | ceh@winstoncashatt.com, |

*Michael D. Kinkley P.S.*

s/Scott M. Kinkley
Scott M. Kinkley
WSBA # 42434
Attorney for Plaintiff
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
Fax: (509) 484-5972
skinkley@qwestoffice.net