Michael D. Kinkley
Scott M. Kinkley
*Michael D. Kinkley, P.S.*
4407 N. Division, Suite 914
Spokane, WA 99207
(509) 484-5611
mkinkley@qwestoffice.net
skinkley@qwestoffice.net

Heath M. Irvine
Law Offices of Heath M. Irvine
6107 N. Astor
Spokane, WA 99208
(509) 489-9500
(509) 487-1346 FAX

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA VANCE, | ) |
| Plaintiff, | ) Case No.: CV-10-036-LRS |
| vs. | ) |
| MARK T. CASE, and JANE DOE CASE, husband and wife; SUTTELL & HAMMER, P.S., SUTTELL & ASSOCIATES, P.S., CAITLIN R. FINLEY and JOHN DOE FINLEY, wife and husband, and MALISA L. GURULE and JOHN DOE GURULE, wife and husband, | ) ORDER GRANTING STIPULATED AND AGREED MOTION TO DISMISS |
| Defendants. | ) |

Pursuant to the agreed motion and stipulation of the parties, IT IS HEREBY ORDERED that the Stipulated and Agreed Motion to Dismiss, ECF No. 58, is hereby GRANTED. The above-entitled cause of action shall be DISMISSED

WITH PREJUDICE and without an award of attorney's fees or costs to any party. This Court will retain jurisdiction to enforce the terms of the settlement of this matter. The District Court Executive is directed, however, to CLOSE THIS FILE.

It is so ORDERED this 8th[th] day of September, 2011.

*s/Lonny R. Suko*

Hon. Lonny Suko
United States District Court
Eastern District of Washington

ORDER GRANTING STIPULATED
AND AGREED MOTION TO
DISMISS -2-

MICHAEL D. KINKLEY P.S.
4407 N. Division, Suite 914
Spokane Washington 99207
(509) 484-5611